[No. 32053-7-III.   Division Three.   September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. HUTSELL, *Appellant*.

by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32088-0-III.   Division Three.   September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY E. MESECHER, *Appellant*.

by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32389-7-III.   Division Three.   September 1, 2015.]

MARIYA TARASYUK, *Appellant*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY ET AL., *Respondents*.

by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 32406-1-III.   Division Three.   September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ·MARTINEZ II, *Appellant*.

by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.